| | |
|---|---|
| 1 | Mark B. Hutton |
| | Lead Counsel |
| 2 | KS Bar #10112 |
| | HUTTON & HUTTON LAW FIRM, L.L.C. |
| 3 | 8100 East 22nd Street North |
| | Building 1200 |
| 4 | P.O. Box 638 (67201) |
| | Wichita, KS 67226 |
| 5 | Telephone: (316) 688-1166 |
| | Facsimile: (316) 686-1077 |
| 6 | Trial.Lawyers@huttonlaw.com |
| | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 08-0255 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Charlotte Allen, et al.,<br><br>                          Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>                          Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, Lorraine Rowe in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named

//
//
//
//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1  herein only with each side bearing its own attorneys' fees and costs.
2
3
4
5  DATED: _____, 2010     By: _____
6
7                                HUTTON & HUTTON LAW FIRM, L.L.C.
                                  8100 East 22nd Street North
                                  Building 1200
8                                 P.O. Box 638 (67201)
                                  Wichita, KS 67226
9                                 Telephone: (316) 688-1166
                                  Facsimile: (316) 686-1077
10                                Trial.Lawyers@huttonlaw.com

11                                *Attorneys for Plaintiffs*

12
    DATED: Mar. 22, 2010    By: _____
13

14                                DLA PIPER LLP (US)
                                  1251 Avenue of the Americas
15                                New York, New York 10020
                                  Telephone: 212-335-4500
16                                Facsimile: 212-335-4501

17                                *Defendants' Liaison Counsel*

18
19
20  PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
    IT IS SO ORDERED.
21
22
    Dated: APR - 5 2010
23
                                  _____
                                  Hon. Charles R. Breyer
24                                United States District Court

25
26
27
28
                                       -2-

                STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE