| | |
|---|---|
| 1 | Mark B. Hutton |
| 2 | Lead Counsel<br>KS Bar #10112 |
| 3 | HUTTON & HUTTON LAW FIRM, L.L.C.<br>8100 East 22nd Street North |
| 4 | Building 1200<br>Wichita, KS 67226 |
| 5 | Telephone: 316-688-1166<br>Fax: 316-686-10773 |
| 6 | trial.lawyers@huttonlaw.com<br>Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 08-0255 CRB<br><br>MDL NO. 1699<br>**District Judge: Charles R. Bryer** |
| Charlotte Allen, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer Inc., et al.<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Charlotte Allen and Elizabeth Beutler in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rules of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the Plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

//

//

1
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

```
 1  DATED: 2|25    , 2010        By: /s/ Mark Hutton
                                     HUTTON & HUTTON LAW FIRM, L.L.C.
 2                                   8100 East 22nd Street North
                                     Building 1200
 3                                   P.O. Box 638 (67201)
                                     Wichita, KS 67226
 4                                   Telephone: 316-688-1166
                                     Fax: 316-686-1077
 5                                   trial.lawyers@huttonlaw.com

 6                                   Attorneys for Plaintiffs

 7  DATED:    March 16  , 2010    By: /s/
 8                                   DLA PIPER LLP (US)
                                     1251 Avenue of the Americas
 9                                   New York, NY 10020
                                     Telephone: 212-335-4500
10                                   Fax: 212-335-4501

11                                   Defendants' Liaison Counsel

12  PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO
    ORDERED.
13
    DATED: April 5  , 2010        By: /s/
14                                   Hon. Charles R. Breyer
                                     United States District Court
```

2
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**